[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 5, 2008
THOMAS K. KAHN
CLERK

No. 07-11803
Non-Argument Calendar

_____

D. C. Docket No. 06-00574-CR-UWC-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERROL RAY SHAW,
a.k.a. Ray,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(February 5, 2008)**

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Derrick Collins, appointed counsel for Derrol Ray Shaw in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Shaw's convictions and sentences are **AFFIRMED.**